# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, M.C. HOLIFIELD, M.G. MILLER**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**CATRELL L. HARRIS**
**CORPORAL (E-4), U.S. MARINE CORPS**

**NMCCA 201400411**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 31 July 2014.
**Military Judge:** CDR R.P. Monahan, Jr., JAGC, USN.
**Convening Authority:** Commander, Marine Corps Base, Quantico, VA.
**Staff Judge Advocate's Recommendation:** Maj Troy H. Campbell, USMC.
**For Appellant:** CDR Suzanne M. Lachelier, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**26 February 2015**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court